01

02

03

04

05

06

07

08

09

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10  UNITED STATES OF AMERICA,                    )
                                                )
11              Plaintiff,                       )   Case No. 07-MJ-308
                                                )
12      v.                                       )
                                                )   DETENTION ORDER
13  JASON ARNOLD,                                )
                                                )
14              Defendant.                       )
    _____)

15

16  Offenses charged:

17      Count 1:  Conspiracy to Distribute Cocaine Base in violation of 21 U.S.C. §§

18  841(a)(1), 841(b)(1)(A), and 846.

19      Count 8:  Possession with Intent to Distribute Cocain Base in violation of 21 U.S.C.

20  §§ 8841(a)(1), 841(b)(1)(B), and U.S.C. § 18.

21  Date of Detention Hearing:    June 29, 2007.

22      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

23  based upon the factual findings and statement of reasons for detention hereafter set forth,

24  finds the following:

25      FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

26      (1)    Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that

DETENTION ORDER                                                          15.13
18 U.S.C. § 3142(i)                                                      Rev. 1/91
PAGE 1

01  defendant is a flight risk and a danger to the community based on the nature of the pending

02  charges.  This places a limited burden of production on the defendant, although the burden of

03  persuasion remains with the government.  Application of the presumption in favor of

04  detention is appropriate in this case.

05          (2)     Defendant has substance-abuse issues.

06          (3)     Defendant has a history of failure to appear in a Court of law as ordered.

07          (4)     Defendant has an outstanding warrant fo for absconding.

08          (5)     Defendant has no current source of employment.

09          (6)     Defendant is considered a risk flight and a danger to the community based on

10  the current charges.

11          (7)     There appear to be no conditions or combination of conditions other than

12  detention that will reasonably address the risk of flight and danger to other persons or to the

13  community.

14          IT IS THEREFORE ORDERED:

15          (1)     Defendant shall be detained pending trial and committed to the custody of the

16                  Attorney General for confinement in a correction facility separate, to the

17                  extent practicable, from persons awaiting or serving sentences or being held in

18                  custody pending appeal;

19          (2)     Defendant shall be afforded reasonable opportunity for private consultation

20                  with counsel;

21          (3)     On order of a court of the United States or on request of an attorney for the

22                  government, the person in charge of the corrections facility in which

23                  defendant is confined shall deliver the defendant to a United States Marshal

24                  for the purpose of an appearance in connection with a court proceeding; and

25          (4)     The Clerk shall direct copies of this Order to counsel for the United States, to

26                  counsel for the defendant, to the United States Marshal, and to the United

States Pretrial Services Officer.

DATED this 29th day of June, 2007.

_James P. Donohue_

JAMES P. DONOHUE
United States Magistrate Judge