UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>JASON ARNOLD,<br><br>                Defendant. | CASE NO. CR07-234-RSL<br><br>PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on May 3, 2011. The United States was represented by Vince Lombardi, and defendant was represented by Catherine Ann Chaney. The proceedings were tape-recorded.

## CONVICTION AND SENTENCE

Defendant was sentenced on or about March 14, 2008 on charges of possession of crack cocaine with intent to distribute. The Hon. Robert S. Lasnik of this court sentenced defendant to 18 months of imprisonment, followed by four years of supervised release.

PROPOSED FINDINGS - 1

Defendant served his term of imprisonment, and began his initial term of supervised release. On January 18, 2011, the court revoked his supervised release for using marijuana, and for changing residences and employment without notice to the USPO. The court sentenced him to an additional period of imprisonment of 60 days, followed by 24 months of supervision.

### THREE ALLEGED VIOLATIONS, DEFENDANT'S ADMISSIONS OF TWO AND GOVERNMENT'S DISMISSAL OF ONE

In applications filed April 14 and April 21, 2011, USPO Michael Larson alleged that defendant violated the conditions of supervised release in three respects:

(1)   Failing to attend and participate as directed in a Moral Reconation therapy program. ***The United States agreed to dismiss this allegation.***

(2)   Changing residences without prior notification to the USPO, on or before April 12, 2011. ***Defendant admitted this violation.***

(3)   Using marijuana, on or before April 5, 2011. ***Defendant admitted this violation.***

Defendant admitted the violations charged as #s 2 and 3 above, waived any hearing as to whether those alleged violations occurred, and consented to having the matter set for a disposition hearing before Chief Judge Lasnik.

### RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court dismiss the alleged violation listed as #1 above; find that defendant has violated the conditions of his supervised release in the respects alleged in paragraphs #2 and #3 above, and conduct a disposition hearing. That hearing has been scheduled for May 10, 2011 at 8:30 a.m.

PROPOSED FINDINGS - 2

Pending a final determination by the court, defendant has been released on conditions jointly proposed by defendant, by the United States, and by the U.S. Probation Office.

DATED this 3rd day of May, 2011.

John L. Weinberg
United States Magistrate Judge

cc:   Sentencing Judge           :   Hon. Robert S. Lasnik
      Assistant U.S. Attorney    :   Vince Lombardi
      Defense Attorney           :   Catherine Ann Chaney
      U. S. Probation Officer    :   Michael S. Larsen

PROPOSED FINDINGS - 3