UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR07-234-RSL |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| JASON ARNOLD, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on October 12, 2011. The United States was represented by AUSA Kurt Larson and the defendant by Catherine Chaney. The proceedings were digitally recorded.

Defendant had been sentenced on or about March 14, 2008 by the Honorable Robert S. Lasnik on a charge of Possession of Crack Cocaine with Intent to Distribute, and sentenced to 18 months custody, four years supervised release.

The conditions of supervised release included the standard conditions plus the requirements that defendant participate in a substance abuse program, abstain from alcohol, submit to search, and provide his probation officer with financial information upon request.

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

(Dkt. 164.)

On November 15, 2008, defendant's probation officer reported that he had violated the conditions of supervised release by using marijuana. Defendant was reprimanded and no further action was taken at the time. (Dkt. 178.) On January 18, 2011, defendant was found to have violated the conditions of supervised release by using marijuana and changing residences and employment without the permission of his probation officer. Defendant was sentenced to 60 days custody, twenty-four months supervised release. (Dkt. 187.)

On May 3, 2011, defendant admitted violating the conditions of supervised release by changing residences without prior notification and using marijuana. (Dkt. 200.) A disposition hearing was scheduled for November 30, 2011 before Judge Lasnik. (Dkt. 202.)

In an application dated July 11, 2011 (Dkt.203, 204), U.S. Probation Officer Michael S. Larsen alleged the following violations of the conditions of supervised release, which were incorporated in the pending violations set for disposition:

4. Using oxycodone without a prescription, on or before May 27, 2011, in violation of standard condition number 7.

5. Using cocaine, on or before June 28, 2011, in violation of standard condition number 7.

6. Failing to report for drug testing, as directed, on July 7 and 8, 2011, in violation of the special condition ordering him to participate in drug testing as instructed by the probation office.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the violations and waived any evidentiary hearing as to whether

they occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged in violations 4-6, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Lasnik.

Pending a final determination by the Court, defendant has been detained.

DATED this <u>12th</u> day of October, 2011.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

cc: District Judge: Honorable Robert S. Lasnik
AUSA: Kurt Larson
Defendant's attorney: Catherine Chaney
Probation officer: Michael S. Larsen, Jennifer Tien

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3